## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION
### Case No.: 1:20-cv-003596-SCJ

|  |  |
|---|---|
| **ERICKA MYERS,**<br><br>       **Plaintiff,**<br><br>   **v.**<br><br>**NORTH AMERICA ON-SITE LLC,**<br>**a Georgia Limited Liability**<br>**Company, and NAOS ON-SITE**<br>**STAFFING, LLC, a Georgia**<br>**Limited Liability Company,**<br><br>       **Defendants.** | **CONSENT ORDER**<br>**APPROVING SETTLEMENT**<br>**AND DISMISSING ACTION** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, upon joint motion by the parties and with the consent of the parties, and it appearing that the parties have entered into a Waiver, Release and Settlement Agreement fully and completely resolving any disputes between them, and it further appearing that good cause exists for the entry of an Order approving said Waiver, Release and Settlement Agreement and dismissing the action;

IT IS THEREFORE ORDERED that:

1.    Plaintiff Erika Myers ("Plaintiff") filed the instant action against North America On-Site LLC, and NAOS On-Site Staffing, LLC,

("Defendants") on August 31, 2020 (D.E. 1), alleging claims under the Fair Labor Standards Act ("FLSA").

2.    In an effort to resolve the claims in this action, the parties represent and stipulate that they engaged in private negotiations through counsel.

3.    The parties fully and completely resolved their disputes through said negotiations and memorialized their settlement terms in a Waiver, Release and Settlement Agreement ("Settlement Agreement").

4.    In light of the above, the parties' settlement as memorialized in the Settlement Agreement resolves this action and all of Plaintiff's claims of any nature.

5.    The parties have submitted the Settlement Agreement to the Court for approval.

6.    The Court hereby approves the Settlement Agreement and finds that it is reasonable and appropriate under the circumstances.

7.    Based upon the above, for good cause having been shown, by and with the consent of counsel for the Plaintiff and counsel for the Defendant, the Court hereby approves the settlement, including the Settlement Agreement, and dismisses this action with prejudice as to Plaintiff, with

each bearing costs, attorneys' fees and expenses as provided in the Settlement Agreement.

It is so ORDERED this  1st   day of January, 2021.

s/Steve C. Jones
United States District Judge

**CONSENTED TO:**

/s/ Charles Ryan Morgan
Charles Ryan Morgan
Georgia Bar No. 711884
**MORGAN & MORGAN, P.A.**
P.O Box 4979
20 North Orange Avenue, Suite 1600
Orlando, FL  32802
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email: rmorgan@forthepeople.com

*Attorney for Plaintiff*

/s/ Shalanna L. Pirtle
Shalanna L. Pirtle
Georgia Bar No. 858068
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
Email:  shalannapirtle@parkerpoe.com
*Attorney for Defendant*